IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| DENNIS L MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | C08-4016 PAZ |
| | ) | |
| | ) | JUDGMENT IN A CIVIL CASE |
| COMMISSIONER OF SOCIAL SECURITY, MICHAEL J ASTRUE, | ) ) ) | |
| | ) | |
| Defendant. | ) ) | |

This action came before the Court.

IT IS ORDERED AND ADJUDGED

The Commissioner's decision is affirmed. Judgment will be entered in favor of the Commissioner and against Miller. Plaintiff take nothing and this action is dismissed.

DATED: March 23, 2009

Robert L. Phelps
Clerk

s/src
(By) Deputy Clerk